# EXHIBIT A

Iron Mountain Information Management Services, Inc. 1101 Enterprise Drive Royersford, PA 19468 +1 (855) 4627547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Judith Carvajal Guerrero | Iron Mountain Information Management Se | 262124 | 07/12/2026 | 07/25/2026 | 07/21/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 46.20 | 1,144.15 | 0.00 | 102.40 | 0.00 | 1,041.75 |
| YTD | 1,073.51 | 24,533.32 | 1,038.46 | 2,595.15 | 0.00 | 20,899.71 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Float Holiday | | | 0 | | 24 | 470.88 |
| Holiday | | | 0 | | 40 | 795.20 |
| OTPay FLSA Prem | 07/19/2026 - 07/20/2026 | 0.13 | 10.135 | 1.32 | 3.17 | 31.77 |
| Overtime | 07/19/2026 - 07/20/2026 | 0.13 | 20.27 | 2.64 | 3.17 | 63.38 |
| Regular | 07/19/2026 - 07/20/2026 | 46.07 | 20.27 | 933.84 | 1070.34 | 21,364.88 |
| SDiff B 1.00 | | | 0 | | 4.93 | 4.93 |
| Vacation Cash Out | 07/12/2026 - 07/20/2026 | 10.18 | 20.27 | 206.35 | 10.18 | 206.35 |
| Vacation | | | 0 | | 40.64 | 807.77 |
| W2 Group TermLife | 07/12/2026 - 07/20/2026 | 0 | 0 | 0.00 | 0 | 8.25 |
| Wellbeing | | | 0 | | 39.6 | 788.16 |
| Earnings | | | | 1,144.15 | | 24,541.57 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 70.94 | 1,519.29 |
| Medicare | 16.59 | 355.32 |
| State Tax - CA | 0.00 | 401.92 |
| CA SDI - CASDI | 14.87 | 318.62 |
| Employee Taxes | 102.40 | 2,595.15 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401k-EE | 0.00 | 1,001.56 |
| Dental Pretax | 0.00 | 36.90 |
| Pre Tax Deductions | 0.00 | 1,038.46 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,144.15 | 24,504.67 |
| Medicare - Taxable Wages | 1,144.15 | 24,504.67 |
| Federal Withholding - Taxable Wages | 1,144.15 | 23,503.11 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 0 |
| Total Dependent Amount | 2000 | |
| Additional Withholding | 0 | |

**Time Off Balances**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Float Bal | 0 | 0 | 0 |
| Vacation Bal | 1.54 | 0 | 0 |
| Wellbeing Bal | 2.8 | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******4793 | ******4793 | | 1,041.75 USD |